■ MICHAEL G. CATALDO, Appellant, v DIANE LINCOLN, as Administratrix of the Estate of PHILIP W. LINCOLN, Deceased, Respondent. [598 NYS2d 729] —In an action to recover damages for personal injuries, the plaintiff appeals from an order of the Supreme Court, Suffolk County (Floyd, J.), entered March 1, 1991, which granted the defendant's motion for summary judgment dismissing the complaint.

Ordered that the order is affirmed, with costs.

We agree with the Supreme Court that the plaintiff failed to raise any triable issues of fact as to whether he sustained a "serious injury" within the meaning of Insurance Law § 5102 (d) *(see, Licari v Elliot,* 57 NY2d 230; *Tipping-Cestari v Kilhenny,* 174 AD2d 663). Mangano, P. J., Sullivan, O'Brien, Ritter and Pizzuto, JJ., concur.

■ CERRATO, SWEENEY, COHN, STAHL & VACCARO, Respondent, v GUY COCOZZA, Defendant, and ROBERT V. CIMMINO, Appellant. [598 NYS2d 729] —In an action to recover a sum of money which the defendants allegedly owed the plaintiff as guarantors of the debt of Atreus Enterprises Ltd., the defendant Robert V. Cimmino appeals, as limited by his brief, from so much of a judgment of the Supreme Court, Westchester County (Facelle, J.) entered November 20, 1990, as, upon an order of the same court dated October 22, 1990, granting the plaintiff's motion for summary judgment, is in favor of the plaintiff and against the appellant in the principal sum of $5,000.

Ordered that the judgment is affirmed insofar as appealed from, with costs.

The appellant has failed to raise any triable issues of fact which would preclude the granting of summary judgment *(see,* CPLR 3212). Bracken, J. P., Lawrence, Miller, Copertino and Santucci, JJ., concur.